EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Víctor M. Gómez Morales | 2003 TSPR 24<br><br>158 DPR _____ |

Número del Caso: TS-6251


Fecha: 21 de febrero de 2003


Abogado de la Parte Peticionaria:
              Por Derecho Propio


Oficina de Inspección de Notarías:
              Lcda. Carmen H. Carlos
              Directora


Abogado de la Comisión de Reputación para el Ejercicio de la Abogacía:
              Lcdo. Alcides Oquendo Solís


Miembros de la Comisión de Reputación para el Ejercicio de la Abogacía:
              Lcda. Belén Guerrero Calderón
              Lcdo. José Guillermo Vivas
              Lcdo. Carlos Víctor Dávila
              Lcdo. Doel Quiñones Núñez
              Dr. Robert Stolberg


Materia: Solicitud de Reinstalación


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Víctor M. Gómez Morales    TS-6251    TS-6251

RESOLUCION

San Juan, Puerto Rico, a 21 de febrero de 2003

Vista la Solicitud de Reinstalación a la Notaría y Relevo de Condiciones del Lcdo. Víctor M. Gómez Morales y examinado el Informe presentado por la Directora de la Oficina de Inspección de Notarías así como el Informe al Tribunal Supremo de la Comisión de Reputación para el Ejercicio de la Abogacía, se autoriza la reinstalación del Lcdo. Víctor M. Gómez Morales al ejercicio de la Notaría y se le releva de las condiciones impuestas mediante opinión del 22 de octubre de 1998.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Fuster Berlingeri no intervino.

Patricia Otón Olivieri
Secretaria del Tribunal Supremo